AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF TEXAS

UNITED STATES OF AMERICA

V.

ISLAM YASER-ABDEL SAID

## EXHIBIT AND WITNESS LIST

Case Number: 4:20-MJ-562-BJ

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Hal R. Ray, Jr., U.S. Magistrate Judge | Tiffany H. Eggers, AUSA | George H. Lancaster, Jr. |
| TRIAL DATE (S) | COURT REPORTER | COURTROOM DEPUTY |
| 09/02/2020 (Preliminary/Detention) | | Julie Harwell |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| 1 | | | | | State of Texas v. Yaser Abdel Said - Warrant of Arrest and Peace Officer's Affidavit for Warrant |
| 2 | | | | | State of Texas v. Yaser Abdel Said, F-0833908 - True Bill of Indictment |
| 3 | | | | | United States of America v. Yaser Abdel Said, 3:08-MJ-298-BH - Criminal Complaint (Dkt. 1) |
| 4 | | | | | United States of America v. Yaser Abdel Said, 3:08-MJ-298-BH - Arrest Warrant (Dkt. 2) |
| 5 | | | | | United States of America v. Yaser Abdel Said, 3:08-MJ-298-BH - Order Unsealing (Dkt. 4) |
| 6 | | | | | FBI Ten Most Wanted Fugitive Notice for Yaser Abdel Said |
| 7 | | | | | Cricket Subscriber Information and AT&T Toll Records for 682-701-9820 (Islam Said) |
| 8 | | | | | Map w/ location of calls on 8/14/17 at 22:46:41UTC (17:46:41CST) & 23:35:24UTC (18:35:24CST) |
| 9 | | | | | Summary Ex. w/ calls bw 682-701-9820, 817-528-4444, 817-818-8414 & 682-300-6868 on 8/14/17 |
| 10 | | | | | AT&T Subscriber Information and Toll Records for 817-528-4444 (User - Mohsen Said) |
| 11 | | | | | T-Mobile Subscriber and Toll Records for 817-818-8414 (Company Name - Yassein) |
| 12 | | | | | AT&T Subscriber Information and Toll Records for 682-300-6868 (Yousri Said) |
| 13 | | | | | Evidentary Search Warrant and Return issued 8/15/17 for Apt. 348 |
| 14 | | | | | Photos taken following execution of Search Warrant on Apt. 348 |
| 15 | | | | | Property Details for 712 West 1st Street, Justin, Texas ("Justin Residence") |
| 16 | | | | | Video of Justin Residence on 8/19/2020 |
| 17 | | | | | Photo of Justin Residence on 8/25/2020 at approximately 8:49 pm |
| 18 | | | | | Photos of garbage can, garbage bags recovered, and items contained therein |
| 19 | | | | | Photos from Justin Residence on 8/26/2020 |
| 20 | | | | | Property Details for 702 Shelmar Drive, Euless, Texas ("Shelmar Residence") & Warranty Deed |
| 21 | | | | | Photos from 702 Shelmar Drive, Euless, Texas ("Shelmar Residence") |
| 22 | | | | | Treaty of 1874, enterted into force in 1875, b/w the United States and Ottoman Empire (Egypt) |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.



New Page

Print | Save As... | Export as FDF | Retrieve FDF File | Reset