U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
JUL -5 2023
CLERK, U.S. DISTRICT COURT
By MW

4:20-CR-292-O(1)

WITH All DU RESPECT TO The COURT

I remember growing up in Covington, Texas. I was about 6 or 7 years old. My father Yaser Said bought 30 acres of land and him and his two brothers built a house on it and we bought some cows and my father built a fence. I remember one time one of the cows had a baby. I saw the whole thing and I was greased out. A month later my father was working on the fence for the cows and I was standing next to him and I was standing next to a creek and the calf walked up to me and my dad looked at me and told me not to run or it will charge at you. Of course I didnt listen and I ran and jumped into the creek. I looked up and the baby calf was looking at me. My dad came running and asked me If I was OK. I said "Yes I'm OK." I got out of the creek and went into the house. About two months later my uncles kids came over. My oldest cousin we called him little Yassein and Abdul my youngest cousin we all got in my uncles van and we went to work on one of the fences that was broke. We were all clearing out trees and my little cousin Abdul stepped on a Yellow Jacket nest. We all got attacked by a whole bunch of bees. We ran out screaming like a bunch of little girls and running twoards the house. I will never forget that day. That was the day I realized I was allergic to bees. My father was planning for the future for his kids and given us a good life

My father always loved the country life but back in 2002 someone burt down the house that him and his brothers built and shot our dogs. Somebody was after us and trying to destroy the Said family. My mothers family was always up to no good every time my mothers family would go out to my fathers property and steal something and everything that my father worked so hard for was gone. My father was a very patient man and never violent twoards him and his kids. We then moved back to an apartament in Euless, Texas and was going to school there. Things were going back to normal and life was going on but my mother always was up to no good writing hot checks and running to her mothers house not speaking to my father for months and not knowing where she was. When she run out of money she would call my father asking him if she could come back. My father was a fair man and come back and we'll talk. She greeed and things were going back to normal as usual. My father forgave her. The only reason why my father stayed with her for such a long time because he didnt want somebody else raising his kids and did not want to leave them behind. Years passed by and in 2006 my father was buying his family a house in Louisville, Texas. He was so happy he called the whole family to come out to the house as a celebration

and he recently bought three apartaments in Egypt and Shalley for him and my mother to retire and his Kids to have something for the future. He was working so hard for his wife and his two daughters and his son. But my mother was unhappy with her marriage and she was cheating on him with another man she worked with at Kroger in 2007. She stolen 20 thousand dolears from my father's safe and she poisoned my father three days before she left. I remember my father was sick and throwing up the ant poison that was in his stomach that was in a jar of tea that my father was drinking out of. I remember my father calling me telling me to "look in the jar. Your mother's trying to Kill me. She poisoned me." I remember my mother calling my father to come back home. He agreed and said yes come back. Two days later she came back with my little sister Sarah and my other little sister wasnt with them. My mother lied to my father saying Amina was coming later on tonight. When my sister came home everything was looking good and they were telling us they're going to eat at an IHOP in the area. Something told me that night that I would never see them again. After they left we got a knock at the door from the Irving polide departament saying somebody called

from this address saying they're dying. The officer said "are you Islam Said" I said yes. He said "You and your mother need to come with us to Identify the voice on the 911 Call." We agreed and went to speak to a detective in Irving. The detective pushed play and it was Sarahs Voice that was screaming help and asking for someone to help her father that was being attacked outside the cab. I do believe Joseph Trotter brutally murdered Amina and Sarah Said and attempted to murder Yasser Said that was wrongly accused of murder. Me and Yasser Said, my father, have been victimized by the FBI that hates muslims in the United States and makes them a target. We are demanding a direct apology from the F.B.I and their bosses for the wrongfull arrest of Yaser A. Said and demanding for his immediate release. This turned out to be a holy war on muslim families in america and around the world. Thank you very much for reading this. Respectfully,

ISLAM YASER-AB SAID #06597509
F.C.I BIG SPRING
1900 Simmer AVENUE BIG SPRING
TEXAS TEXAS 79720

MIDLAND / ODESSA
TX [illegible]
27 JUN 2023 PM

JUDGE REED O'CONNOR
501 WEST 10Th St ROOM 310
FORT WORTH TEXAS 76[illegible]

LEGAL MAIL

RECEIVED
JUL - 5 2023
CLERK [illegible]
NORTH [illegible]

03/10/88

7610283641

6/27/23