U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
JUL 10 2023
CLERK, U.S. DISTRICT COURT
By MW Deputy

To Judge Reed O'Connor

With all due respect to you and the courts and to the public. We the Said family are demanding an apology from you and the F.B.I and their bosses. Me and my father Yaser Said and my uncle Yassein Said did not murder anybody and we were falsely of crimes we did not commit. The only reason why I got so much time was because my name and my religion. You gave us 12 and 10 years and tried to make an example out of American Muslims in the United States. Your goverment loves to terrorize muslim Americans and thrives off of it. Most of them are very uneducated and will believe anything you tell them and sit in front of the TV's and watch Fox News all day and chant Trump is god and copying their favorite celebrities off of TV because your goverment has them believing they are living the American dream but the American public is asleep and its safe to say dreams are not real. It's just a dream. Wake up. They have the American people brainwashed about muslims and honor killings so Fox News go hire some Pakistani woman from pakistan claiming shes a victim of radicalized Islam and the goverment gives her a little bit of food stamps and housing wasting your money from taxes. It is people like my father that makes America great. He came to the United States with nothing and he made something and started a decent family not some piece of garbage that is a little orange man named Trump that makes America great. My father never hurt anybody and he was scared for his life

My mother Patricia Lee Owens was unhappy with her marriage and was cheating on my father Yaser Said. My father had 6 German Shepherd puppies and she poisoned them and all three of them died. My mother three days before she left she put ant poison that was under the sink and she put it in a jar of tea. I remember my father throwing up the ant poison that was in his stomach. He called me to the Kitchen that night and told me to look in the jar of tea. I looked in there and found the ant poison that was under the sink. My father yelled "Your mother is trying to Kill me. Look." I told him what do we do. He didnt say anything and walked away. The reason why I'm writing this letter to you Judge Reed O'Connor is to tell you the truth about what happened to my father. He is a victim of my mother Patricia Lee Owens and my sisters ex-boyfriend, Joseph Trotter. They plotted to murder Yaser Said in 2008 and make it look like an accident. I have 3 questions. How come the detectives never interviewed the boyfriend and how come the F.B.I failed to find the black S.U.V that followed Yaser Said that night and how come they never found the murder weapon that was used to murder Amina and Sarah Said that night of New Year's Eve 2008. In this letter there is no disrespect to the courts or judge Reed O'Connor or to the public. We are just asking for you to do the right thing and release us. Respectfully,

ISLAM YASER-AB SAID #06597504
F.C.I BIG SPRING
1900 SIMIER AVENUE BIG SPRIG
TEXAS 79720




JUDGE REED O'CONNOR
501 WEST 10TH ST ROOM 310
FOR WORTH TEXAS 76102

LEGAL MAIL

X-RAY

RECEIVED
JUL 10 2023
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS