U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
JUL 10 2023
CLERK, U.S. DISTRICT COURT
By ____ Deputy

To Judge Reed O'Connor,

With all due respect to you and the courts and to the American public. I would like to give you a background about my father. Yaser A. Said. My father Yaser came to the United States to start a new life. Him and my uncles started a car business called A.S. International buying and selling cars. My Father met my mother Patricia Lee Owens and got married to her and started a family. They had 3 kids named Islam, Amina, and Sarah. My father loved his kids and his wife. Years passed by and my father bought 30 acres of land in covington, Texas. Him and his 3 brothers built a house on it and bought some cows and dogs. He was planning for his kids futures so when they grow older they could have something for his kids. My fathers marriage was falling apart. My mother and father were having problems just like in every marriage. As the years passed by we moved to some apartments in Euless, Texas. I remember in 2002 my father got a phone call from the Covington police department. It was bad news and disturbing as well, Somebody burnt down the house and shot the dogs. Everything that my father worked for went down the drain in minutes. As we got to the property we knew what had happened. It was a hate crime. But that did not stop my father from living the American dream.

For many years my father was working in a taxi to give his family a good life. We were always living in apartaments and living paycheck to paycheck. My father was working night shifts just so he can buy his family a house. In 2006 my ~~family~~ father found a house in Louisville, Texas and it was leased to own. I remember my father paying #5,000 dollars down payment and $900 dollars a month. My father was so happy he called the whole family to come over and celebrate and show them the new house he baght. The house had a huge backyard and it was 3 bedrooms and 1 bath and I just got my first job at a CeCe's pizza on main street in Louisville, Texas. Months passed by and my family warned me not to bring any more pizza home because they were tired of it. I remember buying a 1990 Dodge Dynasty. It was an ugly car but it worked. I remembe my sisters Amina and Sarah begging me not to buy it but I did anyway and I told them both "I'm going to pick ya'll up from school in it." They said "You better not." A week later as promised I pulled up to the school and honked the horn and waved. They got in and were so embarrased. I thought it was so funny but they didnt. As we got home I told them I'd never do it again and they forgave me.

I lost a lot. One day I woke up and my whole family was gone. It was like a night mare I couldnt wake up from.

On the day I attended the funeral of my two sisters I never recovered from the nightmares. It was like I was stuck in 2008 and could not move forward and cannot bring them back.

My whole life I was told what to do and I had nobody to talk to. When I needed help I just kept it to myself for a long time. I was told just to man up and move on with your life. I was always in a dark spot. When I got back from Egypt in 2012. I used to go sit in front of the house in Louisville and just stare at the door for hours just to see if my sisters would come out but they never came out. I always wondered why this had to happen to me. I tried to move on with my life and tried to burry the past but the pain is still there and will always be there. No matter what I do I will never forget that horrible day and I will never forget that 911 call my sister made. I'm not a religious man but they say god has a plan for everybody but I wonder what's in plan for me. I just dont know. I got a 10 year sentence and I'm being punished for a crime I did not commit. I feel this isn't fair to me or my sisters or my father. My father is a great man and he came to the United States to start a good life and make something of himself. I do not believe at all that my father commited these acts of murder. My father always spoke the truth and never made a lie to anybody

The news media tried to make my father look like a monster and tried to brainwash the public about honor killings and make American Muslims look bad in the United States. The American public are mostly uneducated and do not know how to think for themselves. All they do is copy reality TV shows and get dumber by the minute just like parrots. People like my father is a true example of the American dream. He came to the United States with nothing and started a beautiful family and provided for not just him alone but his brothers aswell and made them something in the United States. The whole reason why I'm writing this letter is because my father is a decent man and does not belong in prison. The judge gave him life without parole which is unconstitutional in the United States of America. I hope you read this letter and do the right thing and release me and my uncle Yassein Said. Thank You very much for reading this. In this letter I mean no disrespect to anybody or the public or the courts. Respectfully,

ISLAM YASER-ABDEL SAID #06597509
BOP BIG SPRING F.C.I
1900 SIMIER AVENUE
BIG SPRING, TEXAS 79720

MIDLAND TX 797
RIO GRANDE DISTRICT
05 JUL 2023 PM 1 T

JUDGE REED O'CONNOR
501 W. TENTH ST. RM 310
FORTH WORTH, TEXAS 76102

RECEIVED
JUL 10 2023
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

LEGAL MAIL

X-RAY

7610283637

Mailed 2/5/23