U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
AUG 2 4 2023
CLERK, U.S. DISTRICT COURT
By MW
Deputy

To Judge Reed O'Connor
4:20-cr-292-O

With all due respect to you and the courts I would like to file a motion to dismiss all charges against me. Most of these charges are made up and based on conspiracy. Me and my uncle never did anything wrong or commited any crimes that you accuse us of. I believe this whole thing was about my religion and my name. It wasnt about who commited a crime. My father Yaser Said is innocent. It all started because of radicalized Christian extremists who come from the middle east and hate muslims in the United States and the F.B.I that are extremely racist use the media to target muslim-Americans and brainwash the community. Most Americans in the United States are uneducated and will believe anything that Fox News tells them. The F.B.I. went and hired a Pakistani woman from Pakistan to go on the news and make false claims about honor killings and muslims so she could get on food stamps and houseingmoney. Your tax dollars gone to waste by the F.B.I instead of that money going to veterans that need it is going to a bunch of propaganda to target Muslim men and women like my father, a family man that was wrongly accused of murdering his own daughters. Instead of seeking the truth your honor you seek lies and holywood movies to make people look

like monsters in court. The American public loves it. It was like a witch hunt for a muslim man that never hurt anybody. The truth of the story is and I tell you with all due respect, my mother Patricia Lee Owens is a professional liar and Joseph Trotter who she hired to carry out the murders of Amina and Sarah Said, 3 days before my mother left the house in Louisville, Texas she poisoned my father Yaser Said with ant poison that was under the sink. She put it in a tea jar that my father was drinking from. I remember my father throwing up the ant poison that was in his stomach and he was telling me he was feeling sick. Later on that night he called me in the kitchen and told me look in the jar. "Your mother is trying to kill me". I witnessed the ant poison in the jar that evening. My father took the jar and threw it in the trash can right next to him. 15 years later I am sitting at F.C.I Big Spring a prison because of lies made by the prosecutor, the F.B.I, and others more. I did nothing to anybody and my whole life I was always helping people that needed it and now society turns around and takes everything away from me that I worked so hard for. I have no family now because of all of this

My father was an honest working American muslim and loved his kids very much and all he wanted to do was see his kids grow and become doctors and lawyers and go to college. He was living the American dream and fought hard for what he believed in and that was freedom. They say America is the land of opportunity and the land of Justice and the land of milk and honey but now I see the real colors of the red the white and the blue. It's not what I ever thought it was. America is a lie and a dream that's not real because it's only a dream. Wake up. In this letter I'm writing to you means no disrespect to you and the courts or the American public. This is my right for freedom of speech and I'm telling you how I feel about the whole situation. A bunch of sick people took a family tragedy and turned it into a circus and made a fortune of it wich isnt right at all. The said family has been through hell for 15 years because of lies and a documentary film called Price of honor. Please I am asking for my release and to dismiss these outrageous charges against me and my uncle. Thank you for taking the time to read this letter. Respectfully [signature]

ISLAM YASER-AB SAID #06597-509
F.C.I BIG SPRING
1900 SIMLER AVENUE
BIG SPRING TEXAS 79720

MIDLAND / ODESSA
TX 797 1 T
21 AUG 2023 PM

FREEDOM
FOREVER / USA

TO JUDGE REED O'CONNOR
501 WEST TENTH ST, ROOM #310
FORT WORTH TEXAS 76102

LEGAL-MAIL

7610283641