U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
AUG 24 2023
CLERK, U.S. DISTRICT COURT
By MW Deputy

To Judge Reed O'Connor,
4:20-cr-292-O

With all due respect to you and the courts and the public I remember growing up my father was a great man and loved his family. He would always take us camping on family vacations to Oklahoma Turtle Falls. He always tried his best to give us a good life and never was violent towards anybody. I remember my father, when I was 8 years old, bought a piece of land in Covington, Texas. It was about 30 acres of property. Him and his 3 brothers built a nice house on it and put some cows on it and three dogs. Things were looking up and life was good. My mother was always up to no good. My father used to give her the money to pay the landlord and she would run off to her mothers house for about 3 months and not speak to my father at all. My father called his brothers to come up with the money to pay the rent. When my mother would run out of money she would call my father crying asking to come back. My father was a fair man and let her come back to the house. Years go by and my mom's sister Connie Mayo always tried to make problems for my father. She was always saying to my father "No man's land" to my father to bring him down and my mother would run off and stole money from my father and

falsely accused him of sexually-abusing the girls. I remember my mother took us to my grandmothers house in Garland, Texas and was coaching Amina and Sarah how to lie to the police and tried to convince me as well to lie to the police. I told them "No Im not going to do that." A week later passed by and my mother took us to the police station and they took Amina and Sarah to an interview room and interviewed them asking them questions about my father and I went next. A tall man was asking me about my father and I told them "The story that my mom told me to tell you was a lie about my father." Years go by and my father did not see us for about 2 years. My mother ended up going back to my father and she went to the police station to drop all charges saying she lied about the incidents that happened and they werent true. She made my ~~fathers~~ fathers life a living hell but my father stayed with her because of the kids. In 2002 somebody burned down the house in Covington, Texas and my father was devastated. Everything he built was gone. In 2006 I remember my father going to look at a house in Louisville, Texas because he was tired of moving from apartament to apartament. We all jumped in his car and went to meet a guy named Dennis. My father paid 5,000 dollars down payment

and the payments $900 dollars a month. We moved in the same day. My dad went and bought new furniture and the next day the whole family came out to see the new house. Everything was good. Amina and Sarah started school at Louisville High School and I started a job at CiCi's pizza in Louisville, Texas on Main St. Months passed by and my whole family hated me for bringin pizza home every day. It was free but it was good. I told them OK and stopped for a little bit. I first got a car for about 500 dollars and it was a 1990 Dodge Dynasty. My sisters begged me not to buy it so I did what every brother would do and I bought it. My sister Amina told me not to pick her up at school in that car because it was ugly and a week later I painted racing stripes on it and put spinners on it and went to pick her up from school. She was angry at me. I told her I thought it was funny but I'm sorry and she forgave me. She told me to pick her up accross the street from the school and life went on. My mother in 2007, Patricia Lee Owens, She was cheatin on my father with another man who she worked with at Kroger accross the street from the house. She tried to murder my father and she tried to take the properties in Egypt and take the house in Louisville, Texas. My father had 6 German shepherd puppies and my mother poisoned them

and 3 of Them ~~and they~~ died. I do believe my mother Patricia Lee Owens poisoned my father Yaser Said with ant poison under the kitchen sink. She put it in a jar of tea that he was drinking from and I remember my father throwing up the ant poison that was in his stomach. He called me in the kitchen and said "Look your mother is trying to poison me." and threw the tea jar in the trash can. We are seeking justice for Yaser Said and his two daughters, Amina and Sarah Said. My father Yaser Said is an innocent man and the only thing he is guilty of is loving his family and loving his ex-wife and his 3 kids; Islam, amina, and sarah. Yaser Said does not deserve to be in prison for somebody elses crime. I believe the real criminals in the Said case are Patricia Lee Owens and Amina's ex-boyfriend Joseph Trotter who followed them on New Year's Eve 2008 and commited these horrible acts of terror. The whole reason why I am writing this letter is to tell you the truth about my father and how he was a good man and was falsely accused of murdering his two daughters. My father is a victim of the F.B.I for using the media to brainwash the community on honor killings in the United States of America. There is no such thing as an "Honor Killing." An honor killing is what the radicalized Christian extremists use to make muslims look bad and make a bunch of money of a tragedy that shouldn't have happened. You know it and I know it. Thank you very much for taking the time to read this letter.

Respectfully, [signature]

MIDLAND / ODESSA
TX 797 21
21 AUG 2023 PM

ISLAM YASER-AB. SAID #06597-509
F.C.I BIG SPRING
1900 SIMLER AVENUE
BIG SPRING TEXAS 79720

TO JUDGE REED O'CONNOR
501 WEST TENTH ST., ROOM# 310
FORT WORTH TEXAS 76102

LEGAL-MAIL

[signature]

7610283641